IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BARRY CHARLES DOCKERY,
        Movant,

-vs-

UNITED STATES OF AMERICA,
        Respondent.

Case No. A-09-CA-187-SS
[No. A-06-CR-148-SS]

## ORDER

Before the Court is movant's application to proceed in forma pauperis on appeal. The Court, having considered movant's certificate of prisoner account, finds that the movant is indigent.

It is therefore **ORDERED** that movant be **GRANTED** in forma pauperis status.

SIGNED this the 2nd day of October 2009.

SAM SPARKS
UNITED STATES DISTRICT JUDGE